# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 20-CR-154 (ABJ)** |
| v. | : | |
| | : | |
| **EVERRICK NEWMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 2, 2020, has been provided to the defense in this matter.

    Respectfully submitted,

    MICHAEL SHERWIN
    ACTING UNITED STATES ATTORNEY
    New York Bar No. 4444188

By:    __/s/ *Christopher A. Berridge*_____
        Christopher A. Berridge
        Assistant United States Attorney
        Federal Major Crimes Section
        Bar No.: GA 829103
        555 4th Street, N.W.
        Washington, DC 20001
        Desk: (202) 252-6685
        Mobile: (202) 740-1738
        Christopher.Berridge@usdoj.gov