

U.S. Department of Justice

Michael Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

<u>Via USAFx and email</u>                                   **September 2, 2020**

Cara Halverson
Assistant Federal Public Defender
*Attorney for Defendant Newman*

Re:    *United States v. Everrick Newman,* 20-cr-154 (ABJ)
        Discovery Letter #2

Dear Ms. Halverson:

I am writing to update you with additional discovery that has been provided for this case on September 2, 2020.

## I.    Discovery

### A.  Disclosures

On September 2, 2020, the following materials were disclosed to you via USAfx:

1. Evidence.com BWC search results PDF
2. 911 call (redacted) (4min23sec)
3. 6D Main channel radio run (redacted) (9min29sec)
4. 6D TAC channel radio run (2min31sec)
5. Two Background Event Chronology Reports
6. OUC Authentication certificates for 911 call and radio runs

Also on September 2, 2020, I sent a download link for 24 BWC videos via an Evidence.com download link, which will be valid for 30 days. Please let me know if you do not receive said link or have trouble downloading those BWC files.

Sincerely,

MICHAEL SHERWIN
Acting United States Attorney

By:    _/s/ Christopher A. Berridge_
CHRISTOPHER A. BERRIDGE
Assistant United States Attorney

Enclosures