# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 20-cr-00154 (ABJ) |
| EVERRICK NEWMAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

At the request of Mr. Everrick Newman, Cara Halverson, Assistant Federal Public Defender, respectfully moves this Honorable Court for an Order granting leave to withdraw as counsel in this case, and states in support thereof:

1. On August 6, 2020, Mr. Newman was charged in a one count indictment with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1). *See* ECF No. 1.

2. On August 17, 2020, Mr. Newman was arrested. He had his initial appearance and detention hearing on August 21, 2020. Mr. Newman was ultimately held without bond pending disposition of his case. *See* ECF No 7.

3. On August 26, 2020 and October 6, 2020, the parties appeared via video conference for status hearings before this Court. During those hearings, Mr. Newman and the Court were advised that plea negotiations and discovery were ongoing. Further, this Court excluded time under the Speedy Trial Act until November 3, 2020, the next set status date.

4. On October 19, 2020, this Court docketed a *pro se* motion from Mr. Newman that partially discussed his dissatisfaction with undersigned counsel's representation. *See* ECF No. 11.

5. On October 20, 2020, the Court ordered that, "In light of defendants pro se motion 11, defendant's counsel must inform the Court by October 23, 2020, whether any steps need to be taken in connection with his representation." *See* Minute Entry.

6. On October 21, 2020, undersigned counsel spoke with Mr. Newman via telephone at the D.C. Central Treatment Facility. During the course of that conversation, Mr. Newman expressed dissatisfaction with undersigned counsel's representation of him. Mr. Newman requested that undersigned counsel withdraw in his case because of irreconcilable differences.

**WHEREFORE**, it is respectfully requested that Cara Halverson, Assistant Federal Public Defender, be permitted to withdraw as counsel for Defendant in this case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Cara Halverson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500