# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 20-cr-154 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| **EVERRICK NEWMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 28, 2021, be made part of the record in this case.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney

                    By:    /s/Christopher A. Berridge
                            Christopher A. Berridge
                            GA Bar No. 829103
                            Assistant United States Attorney
                            United States Attorney's Office
                            Federal Major Crimes
                            555 Fourth Street, N.W.
                            Washington, DC 20530
                            Phone: (202) 252-6685
                            Email: Christopher.Berridge@usdoj.gov