UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 20-CR-154 (ABJ) |
| v. | : | |
| EVERRICK NEWMAN | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE STATUS HEARING**

    Defendant Everrick Newman respectfully moves this Court to continue the next status hearing in this case, scheduled for Wednesday, September 8, 2021, for approximately three to four weeks, until the week of October 4, 2021 or such time as convenient for the Court. Undersigned has communicated with the prosecutor assigned to this matter, who does not object to the requested continuance. As the Court knows, this case has been stayed (at the defense request) pending the resolution of a motion to dismiss filed in the case of *United States v. Reed*, 19 Cr. 93 (ESG). Undersigned reviewed the docket of the *Reed* case today and there has been no ruling by the Court. Accordingly, the parties have nothing new to report to the Court. The defense consents to a stay of the Speedy Trial Act until the next return of court. Undersigned apologizes for the last minute filing of this motion but given the vacation schedules of counsel it was impossible for the parties to confer about this matter earlier.

    An appropriate draft Order is attached hereto for the Court's review.

                                               Respectfully submitted,

                                               *Robert Feitel*
                                               _____
                                               Robert Feitel, Esquire
                                               Law Office of Robert Feitel
                                               1300 Pennsylvania Avenue, N.W.
                                               Washington, D.C.  20008

D.C. Bar No. 366673<br>
202-255-6637 (cellular)<br>
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was sent via email, to Christopher Berridge, U.S. Attorney's Office For The District Of Columbia, 555 4th Street N.W. Washington, Dc 20001, this day 7th day of September, 2021.

*Robert Feitel*

_____

Robert Feitel