UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.:  20-CR-154 (ABJ) |
| EVERRICK NEWMAN, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney William Hart.  AUSA William Hart will be substituting for AUSA Christopher Berridge.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ *William Hart*
        William Hart
        Assistant United States Attorney
        U.S. Attorney's Office
        for the District of Columbia
        555 4th Street, N.W.
        Washington, DC 20530
        William.Hart@usdoj.gov
        Office: (202) 252-7877
        Mobile: (202) 730-5711

## CERTIFICATE OF SERVICE

On this 26th day of November, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *William Hart*
William Hart
Assistant United States Attorney