AO 442 (Rev. 11/11) Arrest Warrant                                    9895892
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Everrick Newman | )<br>)<br>) Case No. 20CR00154-001<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Everrick Newman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
New criminal conduct: On July 24, 2024, Mr. Newman was found guilty of DWI: 1st offense, refused blood/breath test, and operating a vehicle with expired tags, in the Henrico General District Court.

Date:  1-15-2025

*Issuing Officer's Signature*

City and State: Washington, DC

Damaris Rodriguez-Feleke, Courtroom Deputy II
*Printed Name and Title*

### Return

This warrant was received on *(date)* 01-15-2025, and the person was arrested on *(date)* 08-08-2025
at *(city and state)* Pikeville, KY.

Date: 08-08-2025

*Arresting Officer's Signature*

Michael A. Elkins II            DUSM/E-KY
*Printed Name and Title*